UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :

    Plaintiff,                    Criminal No. 09-146-01

    v.                             :

KASSEEM BEY                    **O R D E R**

    Defendant.                    :

It appearing that Defendant has filed a Memorandum of Law Brief, filed December 14, 2011 [Doc. #21], a Pro-se Application/Petition, filed January 12, 2012 [Doc. #22] and a letter request for a Judgment Order, filed April 11, 2012 [Doc. #23], and;

It further appearing that this case is closed;

It is on this 18th day of April, 2012,

Hereby ORDERED that the above mentioned requests be DENIED for failure to clearly state the relief being sought.

                                          S/Susan D. Wigenton
                                          SUSAN D. WIGENTON
                                          United States District Judge