UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA        :

      Plaintiff,                Criminal No. 09-146-01

    v.                              :

KASSEEM BEY                          **O R D E R**

      Defendant.             :

It appearing that Defendant has moved for reconsideration, motion filed May 4, 2012 [Doc. #25] and;

It further appearing that this matter is closed;

It is on this 14th day of May, 2012,

Hereby ORDERED that the motion for reconsideration is DENIED.

                                      S/Susan D. Wigenton
                                      SUSAN D. WIGENTON
                                      United States District Judge